**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TASH HEPTING, on Behalf of
Himself and All Others Similarly
Situated; GREGORY HICKS; ERIK
KNUTZEN, on Behalf of Themselves
and All Others Similarly Situated;
CAROLYN JEWEL on Behalf of
Herself and All Others Similarly
Situated; BENSON B. ROE, Plaintiff
in related case no. C-06-03467
MMC,
    *Plaintiffs-Appellees,*

  and

WIRED NEWS; CONDENET INC.,
    *Intervenors,*

  v.

AT&T CORPORATION,
    *Defendant-Appellant,*

  and

AT&T, INC.,
    *Defendant,*

UNITED STATES OF AMERICA,
    *Defendant-Intervenor.*

No. 06-17132

D.C. No.
CV-06-00672-VRW

11353

TASH HEPTING, on Behalf of
Himself and All Others Similarly
Situated; GREGORY HICKS, ERIK
KNUTZEN, on Behalf of Themselves
and All Others Similarly Situated;
CAROLYN JEWEL, on Behalf of
Herself and All Others Similarly
Situated; BENSON B. ROE, Plaintiff
in related case no. C-06-03467
MMC,

          *Plaintiffs-Appellees,*

        v.

AT&T CORPORATION; AT&T, INC.,
          *Defendants,*

      and

UNITED STATES OF AMERICA,
   *Defendant-Intervenor-Appellant.*

No. 06-17137

D.C. No.
CV-06-00672-VRW
Northern District of
California,
San Francisco

ORDER

Filed August 21, 2008

Before: Harry Pregerson, Michael Daly Hawkins, and
M. Margaret McKeown, Circuit Judges.

## ORDER

In light of the FISA Amendments Act of 2008, Pub. L. No.
110-261, we remand this case to the district court. We retain
jurisdiction over any further appeals.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.